

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2015

No. 04-14-00668-CV

**WEST 17TH RESOURCES, LLC**, Pamela Mika Wolf, and Thomas Mika,
Appellants

v.

Lucian A. **PAWELEK** and Carleen J. Pawelek,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 13-04-00087-CVK
Honorable Donna S. Rayes, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to April 8, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:

Ricardo E. Morales
Person, Whitworth, Borchers & Morales, L.L.P.
602 East Calton Road, 2nd Floor
P.O. Drawer 6668
Laredo, TX 78041

Michael D. Jones
Jones Gill L.L.P.
6363 Woodway, Suite 1100
Houston, TX 77057

Michael R. Hedges
Goode Casseb Jones Riklin Choate & Watson, P.C.
P.O. Box 120480
San Antonio, TX 78212-9680

Jose I. Maldonado Jr.
602 E. Calton Road
(2nd Floor)
Laredo, TX 78041